MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUZANNE M. DeBERRY (CABN 259455)
Special Assistant United States Attorney
    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5588
    Facsimile: (408) 535-5066
    suzanne.deberry2@usdoj.gov

Attorneys for the United States

**FILED**

APR 0 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EDUARDO RAMIREZ-RINCON, ) <br> ) <br> Defendant. ) | NO. 99-00156 PSG <br><br> **GOVERNMENT'S REQUEST TO DISMISS COMPLAINT; [PROPOSED] ORDER** |

    COMES NOW THE UNITED STATES OF AMERICA appearing through the undersigned Assistant United States Attorney and moves this Honorable Court for an order dismissing without prejudice the above-captioned complaint. The facts supporting this request are as follows:

    On June 3, 1999, Defendant was charged in the above-captioned complaint. Defendant was not formally charged by indictment or information within the five-year statute of limitations period. As a result, further action in this case is time-barred under 18 U.S.C. §3282(a).

Accordingly, the government respectfully requests that the above-captioned case be dismissed without prejudice.

DATED: March 30, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

/S/
_____
SUZANNE M. DeBERRY
Special Assistant United States Attorney

## ORDER

Upon application of the United States, and good cause having been shown therefor,

**IT IS HEREBY ORDERED** that the above-captioned Complaint is DISMISSED WITHOUT PREJUDICE.

DATE: 4/4/2011

_____
PAUL S. GREWAL
United States Magistrate Judge